UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES GRANT GOODING** | * | **CIVIL ACTION NO. 2:20-CV-01133** |
| | * | |
| **VERSUS** | * | **SECTION: G-2** |
| | * | |
| **LIBERTY MUTUAL INSURANCE,** | * | **JUDGE: NANNETTE JOLIVETTE** |
| **CO., ET. AL.** | * | **BROWN** |
| | * | |
| | * | **MAG. JUDGE:** |
| | * | **JOSEPH C. WILKINSON, JR.** |

## 12(b)(5) MOTION TO DISMISS

Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA, respectfully move to dismiss, with prejudice, all claims against of Plaintiffs pursuant to Federal Rules of Civil Procedure 4(m), 12(b)(5), 16(b)(1)(A), and Rule 37(b)(2)(A)(v), on the grounds that Plaintiffs did not serve Defendants with the Second Amended Complaint until March, 4, 2021, over 7 months after the Scheduling Order Deadline to amend pleadings. This delinquent service of Defendants effectively serves as the addition of new parties beyond the deadline in the Scheduling Order, without leave of Court, and to the extreme prejudice of Defendants.

Therefore, Defendants move that this Court use its vast discretion under Rules 4(m), 12(b)(5), 16(b)(1)(A), and Rule 37(b)(2)(A)(v) to dismiss Defendants with prejudice from this action. This matter is set for trial on June 28, 2021. In support of this Motion, Defendants file, offer and introduce the following:

Exhibit A:   March 4, 2021 Service on Defendants

**WHEREFORE**, Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA pray that this Honorable Court grant their Motion to Dismiss and dismiss all claims of Plaintiffs with prejudice at Plaintiffs' cost.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER, WEINSTOCK & BOGART, APLC**

        */s/ Jade M. Wandell*

        **JADE M. WANDELL (#36134)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        T: (504) 832-3700
        F: (504) 837-3119
        jwandell@duplass.com
        *Counsel for Defendants, American Home Assurance*
        *Company and National Union Fire Insurance Company*
        *of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/ Jade M. Wandell*