# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES GRANT GOODING** | * | **CIVIL ACTION NO. 2:20-CV-01133** |
| | * | |
| **VERSUS** | * | **SECTION:  G-2** |
| | * | |
| **LIBERTY MUTUAL INSURANCE, CO., ET. AL.** | * | **JUDGE: NANNETTE JOLIVETTE BROWN** |
| | * | |
| | * | **MAG. JUDGE:** |
| | * | **JOSEPH C. WILKINSON, JR.** |

## 12(b)(6) MOTION TO DISMISS

Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA move to dismiss, with prejudice, all claims against them pursuant to Federal Rule of Civil Procedure article 12(b)(6) on the grounds that all claims asserted against these Defendants are perempted under Louisiana Revised Statute §12:1-147 and 12:1-173.   As such Plaintiffs have failed to state a claim upon which relief can be granted under Louisiana law. Therefore, all claims against these Defendants in this matter should be dismissed with prejudice.

**This matter is set for trial on June 28, 2021.**

In support of this Motion, Defendants attach the following exhibits:

Exhibit A:     Deposition of decedent Grant Gooding

Exhibit B:     Declaration pages of Defendants

**WHEREFORE**, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA pray that this Honorable Court grant their Motion to Dismiss and dismiss all claims of Plaintiffs with prejudice.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, WEINSTOCK & BOGART, APLC**

*/s/ Jade M. Wandell*

**JADE M. WANDELL (#36134)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
T: (504) 832-3700
F: (504) 837-3119
jwandell@duplass.com
*Counsel for Defendants, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, PA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ Jade M. Wandell*